John Boundas
**WILLIAMS KHERKHER HART & BOUNDAS, LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
Telephone: (713) 230-2200
Facsimile: (713) 643-6226

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates To:<br><br>*Lois T. Frisby v. Pfizer Inc, et al.*<br>(06-6176 CRB)<br><br>*Charles R. Fox v. Pfizer Inc, et al.*<br>(06-6177 CRB)<br><br>*Norman R. Malone v. Pfizer Inc, et al.*<br>(06-6179 CRB)<br><br>*Anne S. Byrd, et al. v. Pfizer Inc, et al.*<br>(06-6191 CRB)<br><br>*Tony L. Constant v. Pfizer Inc, et al.*<br>(06-6193 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

//
//

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

each side bearing its own attorneys' fees and costs.

DATED: 10-18, 2010    By: /s/

                                    **WILLIAMS KHERKHER HART &**
                                    **BOUNDAS, LLP**
                                    8441 Gulf Freeway, Suite 600
                                    Houston, Texas 77017-5001
                                    Telephone: (713) 230-2200
                                    Facsimile: (713) 643-6226

                                    *Attorneys for Plaintiffs*

DATED: 10/19, 2010    By: /s/

                                    **DLA PIPER LLP (US)**
                                    1251 Avenue of the Americas
                                    New York, New York 10020
                                    Telephone: (212) 335-4500
                                    Facsimile: (212) 335-4501

                                    *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Oct. 25, 2010    /s/
                                Hon. Charles R. Breyer
                                United States District Court

-2-